**MULTIUT CORPORATION,**
**Plaintiff–Appellant,**

v.

**DYNEGY, INC.; et al., Defendants–**
**Appellees.**

No. 06–16162.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 7, 2008.*

Filed Jan. 10, 2008.

Paul T. Fox, Esq., Howard K. Jeruchimowitz, Esq., Paul Alexis Del Aguila, Esq., Greenberg Traurig, Chicago, IL, Alan Jay Mandel, Esq., Alan Jay Mandel, Esq., Skokie, IL, for Plaintiff–Appellant.

Barry S. Hyman, Esq., Samantha C. Norris, Esq., William M. Hannay, Esq.,

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Schiff Hardin & Waite The Sears Tower, Chicago, IL, John M. Grenfell, Esq., Michael J. Kass, Esq., Pillsbury Winthrop Shaw Pittman LLP, San Francisco, CA, Douglas R. Tribble, Pillsbury Winthrop Shaw Pittman LLP, San Diego, CA, for Defendants–Appellees.

Before: O'SCANNLAIN, SILVERMAN and GRABER, Circuit Judges.

MEMORANDUM **

Appellant's motion for summary reversal is granted in light of this court's decision in *E. & J. Gallo Winery v. Encana,* 503 F.3d 1027 (9th Cir.2007).

**REVERSED AND REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.